UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-CR-10036-MARTINEZ

UNITED STATES OF AMERICA

v.

DANIEL GAVIN COUCH,

Defendant.
_____/

## QUESTION FROM THE JURY

We will Need to finish for today and Return Tomorrow to Consider the evidence further.

FOREPERSON

7/30/2026. 5:35pm
DATE/TIME

**NOTE TO JURY: WHEN TRIAL CONCLUDES, RETURN ALL QUESTIONS AND RESPONSES TO COURTROOM DEPUTY**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-CR-10036-MARTINEZ

UNITED STATES OF AMERICA

v.

DANIEL GAVIN COUCH,

Defendant.

_____/

## RESPONSE TO QUESTION FROM THE JURY

In response to the Jury Question dated July 30, 2026, at 5:35 p.m.:

That's fine. Please return to continue your deliberations tomorrow morning at 9:00 a.m.

Remember that you may not discuss the case or deliberate until all members of the jury are

present.

_____          _____
JOSE E. MARTINEZ                                          7/30/2026   5 :45 pm
UNITED STATES DISTRICT JUDGE                        DATE/TIME

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 25-CR-10036-MARTINEZ**

**UNITED STATES OF AMERICA**

**v.**

**DANIEL GAVIN COUCH,**

Defendant.

_____/

### QUESTION FROM THE JURY

Can We get the transcript of all three Eye witnesses that were on the Boat? The family and friends of the Victim?

Can this Be Ready for Tomorrow?

FOREPERSON

7/30/2026. 5:43pm
DATE/TIME

**NOTE TO JURY: WHEN TRIAL CONCLUDES, RETURN ALL QUESTIONS AND RESPONSES TO COURTROOM DEPUTY**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-CR-10036-MARTINEZ

UNITED STATES OF AMERICA

v.

DANIEL GAVIN COUCH,

Defendant.
_____/

## QUESTION FROM THE JURY

Can we get the testimony from FWC officer Paige Pestka?

FOREPERSON

7/30/2026 5:45pm
DATE/TIME

**NOTE TO JURY:** WHEN TRIAL CONCLUDES, RETURN ALL QUESTIONS AND
RESPONSES TO COURTROOM DEPUTY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-CR-10036-MARTINEZ

UNITED STATES OF AMERICA

v.

DANIEL GAVIN COUCH,

Defendant.
_____/

## RESPONSE TO QUESTIONS FROM THE JURY

In response to the Jury Questions dated July 30, 2026, at 5:43p.m. and 5:45p.m.:

**No, we cannot provide transcripts. You must rely on your joint and collective memory of the testimony.**

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

_____
7/30/2026  5' p
DATE/TIME

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 25-CR-10036-MARTINEZ**

**UNITED STATES OF AMERICA**

v.

**DANIEL GAVIN COUCH,**

Defendant.

_____/

**QUESTION FROM THE JURY**

We can't come to a unanimous Decision on all charges. What do we do Next?

**FOREPERSON**

7/31/2026 12:05 pm
DATE/TIME

**NOTE TO JURY: WHEN TRIAL CONCLUDES, RETURN ALL QUESTIONS AND RESPONSES TO COURTROOM DEPUTY**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-CR-10036-MARTINEZ

UNITED STATES OF AMERICA

v.

DANIEL GAVIN COUCH,

Defendant.

_____/

## RESPONSE TO QUESTION FROM THE JURY

In response to the Jury Question dated July 31, 2026, at 12:05pm:

**We ask that you please continue your deliberations in an attempt to reach a unanimous verdict on all counts.**

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

7/31/2026   12³⁰ pm
_____
DATE/TIME

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 25-CR-10036-MARTINEZ**

**UNITED STATES OF AMERICA**

v.

**DANIEL GAVIN COUCH,**

Defendant.

_____/

**QUESTION FROM THE JURY**

After further Deliberation, We've concluded we cannot Reach a unanimous decision on all Counts. what do we do Next?

FOREPERSON

7/31/2026 1:47 pm
DATE/TIME

**NOTE TO JURY: WHEN TRIAL CONCLUDES, RETURN ALL QUESTIONS AND RESPONSES TO COURTROOM DEPUTY**

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 25-CR-10036-MARTINEZ

UNITED STATES OF AMERICA

v.

DANIEL GAVIN COUCH,

   Defendant.

_____/

### RESPONSE TO QUESTION FROM THE JURY

In response to the Jury Question dated July 31, 2026, at 1:47p.m.:

**Have you reached a unanimous verdict as to any count, whether it be not guilty or guilty? If so, please do not disclose what that verdict might be.**

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

_____
7/31/2026 ∂³ pm
DATE/TIME

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-CR-10036-MARTINEZ

UNITED STATES OF AMERICA

v.

DANIEL GAVIN COUCH,

Defendant.
_____/

## QUESTION FROM THE JURY

No we have Not.

FOREPERSON

7/31/2026   2:08pm
DATE/TIME

**NOTE TO JURY**: WHEN TRIAL CONCLUDES, RETURN ALL QUESTIONS AND
RESPONSES TO COURTROOM DEPUTY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-CR-10036-MARTINEZ

UNITED STATES OF AMERICA

v.

DANIEL GAVIN COUCH,

Defendant.

_____/

Responded to
as shown in
the transcripts
of our proceedings
within the courtroom.

**QUESTION FROM THE JURY**

A fellow juror stated, during deliberation, that they would not come to a verdict on one count of the indictment because they were concerned about the punishment. This was an instruction we were told to disregard by your honor.

08/03/2026   11:50am
DATE/TIME

**NOTE TO JURY: WHEN TRIAL CONCLUDES, RETURN ALL QUESTIONS AND
RESPONSES TO COURTROOM DEPUTY**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-CR-10036-MARTINEZ

UNITED STATES OF AMERICA

v.

DANIEL GAVIN COUCH,

Defendant.

_____/

## NOTE TO THE JURY

Do you believe you have made any progress in reaching a verdict on any Count or Counts?

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

_____
3 August 2026  4:10 p.m
DATE/TIME

**NOTE:**      **WHEN THE TRIAL CONCLUDES, PLEASE RETURN ALL NOTES AND
RESPONSES TO THE COURTROOM DEPUTY. THANK YOU.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-CR-10036-MARTINEZ

UNITED STATES OF AMERICA

v.

DANIEL GAVIN COUCH,

Defendant.

_____/

## QUESTION FROM THE JURY

We have a Juror that is drawing a conclusion based on Assertions Not Included in evidence and isn't willing to further deliberate. How should we procced

_____
FOREPERSON

8/3/2026   4:25pm
DATE/TIME

**NOTE TO JURY:** WHEN TRIAL CONCLUDES, RETURN ALL QUESTIONS AND
RESPONSES TO COURTROOM DEPUTY