UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CASE NO. 25-CR-10036-MARTINEZ**

UNITED STATES OF AMERICA

v.

DANIEL GAVIN COUCH,

     Defendant.

_____/

**ORDER DECLARING MISTRIAL**

     **THIS CAUSE** came before this Court for a jury trial in Key West between July 27, 2026, and August 3, 2026. In light of the Jury failing to reach a unanimous verdict, and with the Parties' consent, it is

     **ORDERED AND ADJUDGED** that this Court declares a **MISTRIAL** pursuant to Federal Rule of Criminal Procedure 26.3, and the Government may retry Defendant pursuant to Federal Rule of Criminal Procedure 31(b)(3).

     **DONE AND ORDERED** in Miami, Florida, this 4 day of August 2026.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

cc:     all counsel of record